UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MICROSOFT CORP., a corporation,<br><br>                Defendant. | Case No: _____<br><br>**CONSENT MOTION FOR ENTRY OF PROPOSED STIPULATED ORDER**<br><br>**Noted for Consideration:**<br>**June 5, 2023** |

Plaintiff, the United States of America, and Defendant Microsoft Corp. (collectively, the "Parties") have resolved all issues in this matter by the Proposed Stipulated Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief, attached as Exhibit A. A statement setting forth the reasons for settlement is attached as Exhibit B.

The United States has conferred with counsel for Microsoft, which consents to the relief sought in the Proposed Order. The United States respectfully requests that the Court issue the Proposed Order negotiated by the Parties for the reasons set forth below.

The Court should approve and enter a consent decree if it is fair, reasonable, and equitable, and does not violate the law or public policy. *Sierra Club v. Electronic Controls Design*, 909 F.2d 1350, 1355 (9th Cir. 1990). Where the United States is a party to the proposed order, a court "should pay deference to the judgment of the government agency which has

CONSENT MOTION FOR ENTRY OF
PROPOSED STIPULATED ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  negotiated and submitted the proposed judgment." *SEC v. Randolph*, 736 F.2d 525, 529 (9th Cir.
2  1984).  The Parties submit that the Proposed Order is fair, reasonable, and equitable, and does
3  not violate the law or public policy, including because it will allow the Parties to avoid the
4  significant time and expense associated with litigating their positions further.
5      Dated:  June 5, 2023

6      Respectfully submitted,

7  **FOR PLAINTIFF UNITED STATES OF AMERICA:**

8  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General, Civil Division
9

10  ARUN G. RAO
   Deputy Assistant Attorney General, Civil Division

11  AMANDA N. LISKAMM
   Director, Consumer Protection Branch
12

13  LISA K. HSIAO
   Assistant Director, Consumer Protection Branch

14   s/ Katherine M. Ho
15  KATHERINE M. HO
   Trial Attorney
16  JAMES T. NELSON
   Senior Trial Attorney
17  Consumer Protection Branch
   U.S. Department of Justice
18  450 5th Street, NW
   Washington, DC 20001
19  Telephone: (202) 353-7835
   Fax: (202) 514-8742
20  Email: Katherine.Ho@usdoj.gov

21  I certify that this motion contains 212 words, in compliance with the Local Civil Rules.

22  //

23  //

24

CONSENT MOTION FOR ENTRY OF
PROPOSED STIPULATED ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NICHOLAS W. BROWN
United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN, WSBA No. 31767
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Email:  rebecca.cohen@usdoj.gov

**FOR THE FEDERAL TRADE COMMISSION:**

BENJAMIN WISEMAN
Acting Associate Director

MARK EICHORN
Assistant Director

MEGAN COX
PEDER MAGEE
Attorneys
Division of Privacy and Identity Protection
Federal Trade Commission
600 Pennsylvania Ave NW
Mail Stop CC-5102
Washington, DC 20580
(202) 326-2282 (Cox)
(202) 326-3538 (Magee)
Email: mcox1@ftc.gov
Email: pmagee@ftc.gov

CONSENT MOTION FOR ENTRY OF
PROPOSED STIPULATED ORDER - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970