UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORP.,<br><br>    Defendant. | Case No. 2:23-cv-836<br><br>DEFENDANT MICROSOFT CORP.'S CORPORATE DISCLOSURE STATEMENT |

As required under Federal Rules of Civil Procedure 7.1, and Local Civil Rule 7.1, Defendant Microsoft Corporation's Corporate Disclosure is as follows:

Microsoft Corporation does not have any parent corporation, and no public entity owns more than 10% of its stock.

Dated: June 5, 2023                         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                     By: *s/Mark S. Parris*
                                                           Mark S. Parris (WSBA No. 13870)
                                                           mparris@orrick.com

                                                           401 Union Street, Suite 3300
                                                           Seattle, WA  98101-2668
                                                           Telephone:  +1 206 839 4300
                                                           Facsimile:  +1 206 839 4301

                                                           *Attorneys for Defendant*

MICROSOFT CORPORATION'S
CORPORATE DISCLOSURE
STATEMENT

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300